NUMBER 13-06-350-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: JUAN ENRIQUEZ

 
 


On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 

 Relator, Juan Enriquez, filed a petition for writ of mandamus in the above cause on
June 16, 2006 in which he alleges that the Respondent, Patsy Perez, District Clerk for
Nueces County, Texas, abused her discretion by failing to accept and file the relator's
application for writ of habeas corpus. The relator's petition asks this Court to order the
respondent to file the relator's application for writ of habeas corpus in cause numbers
12442, 12474, 12475, and 12476.

 The Court, having examined and fully considered the documents on file and
petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought and the petition for writ of mandamus should be denied. 
See Tex. R. App. P. 52.8. Accordingly, the petition for writ of mandamus is DENIED. 

 

 PER CURIAM



Memorandum Opinion delivered 

and filed this the 26th day of June, 2006.